# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Chauncey Johnson and Loretha Johnson <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 12-17631 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7873

                                        Respectfully submitted,

                                        **<u>/s/Thomas Puleo, Esquire</u>**
                                        Thomas Puleo, Esquire
                                        Brian C. Nicholas, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406