# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 12-17631-AMC

CHAUNCEY JOHNSON
LORETHA JOHNSON

1620 CONLYN STREET
PHILADELPHIA, PA 19141

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHAUNCEY JOHNSON
    LORETHA JOHNSON

    1620 CONLYN STREET
    PHILADELPHIA, PA 19141

Counsel for debtor(s), by electronic notice only.

    JERMAINE D HARRIS
    21 S. 12TH ST., STE 100

    PHILADELPHIA, PA 19107-

Date: 3/22/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee