UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHAUNCEY JOHNSON           Chapter 13
LORETHA JOHNSON

                Debtor          Bankruptcy No. 12-17631-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___27th___ day of ___June___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JERMAINE D HARRIS
21 S. 12TH ST., STE 100

PHILADELPHIA, PA 19107-

Debtor:
CHAUNCEY JOHNSON
LORETHA JOHNSON

1620 CONLYN STREET
PHILADELPHIA, PA 19141