June 29th, 2018

Re: My case 12.17631



FILED
JUN 29 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Dear Judg Chan,

My name is Loretha Johnson, I was emailed by my attorney Jermaine Harris last night at 9:09 pm, notifying me that the court have been trying to contact me to let me know that my case will be dismissed if I don't respond in 10 days. I recently moved in November of 2017 and my telephone number changed August of 2017. He informed me that I only have $89 left to pay on my bankruptcy case, but he's trying to charge me $500 to represent ~~ment~~ me to have it reinstated, + I have to pay him ASAP. The system says that my case was already dismissed June 27th, which contridicts what attorney Jermain Harris said. He alledges that he didn't have my new number, but we've corresponded

several times, ~~because~~ my new number, because he represented me for my foreclosure case, I have text messages during that time. I need my case (case # 12-17631) to be reinstated so that I can pay my last payment of $59, + have my case discharged. I've come too far my case to be dismissed due to my attorney's negligence + I want my name to be free + cleared once and for all. Please consider my request Honorable Judge Chan. My new # is (267) 866-7795, and my address is: 559 San Diego Ave., Jenkintown, PA 19046.

yours truly,

*[signature]*

Loretha Johnson