*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chauncey Johnson and
Loretha Johnson
    Debtor(s)

Case No: 12−17631−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Letter/ Motion to Reconsider Dismissal Order

    on: 7/24/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/3/18

Timothy B. McGrath
Clerk of Court

102 − 101
Form 167