United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-17631-amc
Chauncey Johnson                                                        Chapter 13
Loretha Johnson
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Jul 03, 2018
                               Form ID: 167          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2018.
jdb            +Loretha Johnson,    559 San Diego Ave,    Jenkintown, PA 19046-4168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2018 at the address(es) listed below:
        AARON SHOTLAND    on behalf of Creditor    City of Philadelphia jennifer.quinn@phila.gov
        ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Assoication agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
        JERMAINE D. HARRIS    on behalf of Debtor Chauncey  Johnson jermaineh02@msn.com
        JERMAINE D. HARRIS    on behalf of Joint Debtor Loretha  Johnson jermaineh02@msn.com
        LEON P. HALLER    on behalf of Creditor    U.S. Bank National Assoication lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Assoication tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                      TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Chauncey Johnson and
Loretha Johnson
      Debtor(s)

Case No: 12–17631–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Letter/ Motion to Reconsider Dismissal Order

    on: 7/24/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  7/3/18

Timothy B. McGrath
Clerk of Court

102 – 101
Form 167