UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :     Chapter 13
　　CHAUNCEY JOHNSON AND           :
　　LORETHA JOHNSON                      :
                                                    :     Bankruptcy No. 12-17631AMC
　　　　Debtor.                                 :

## O R D E R

**AND NOW,** this 24th day of July, 2018, upon consideration of the Letter Motion of Joint Debtor Loretha Johnson Requesting Reconsideration of Dismissal of Case ("Letter Motion") filed by Joint Debtor Loretha Johnson ("Debtor"), it is hereby **ORDERED** that the Letter Motion is **GRANTED** and the case is hereby **REOPENED.**

_____
Ashely M. Chan
United States Bankruptcy Judge