United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-17631-amc
Chauncey Johnson                                                Chapter 13
Loretha Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD           Page 1 of 1           Date Rcvd: Dec 11, 2018
                               Form ID: 225             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db           #+Chauncey Johnson,   1620 Conlyn Street,   Philadelphia, PA 19141-1828
jdb           +Loretha Johnson,   559 San Diego Ave,   Jenkintown, PA 19046-4168

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 12 2018 03:06:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,  Tax Unit/Bankruptcy Dept,  1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2018 03:06:05
                 Pennsylvania Department of Revenue,  Bankruptcy Division,  P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2018 03:06:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,  Room 1250,  615 Chestnut Street,  Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
              AARON  SHOTLAND    on behalf of Creditor   City of Philadelphia jennifer.quinn@phila.gov
              ANDREW F GORNALL    on behalf of Creditor   U.S. Bank National Assoiation
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JERMAINE D. HARRIS    on behalf of Debtor Chauncey  Johnson jermaineh02@msn.com
              JERMAINE D. HARRIS    on behalf of Joint Debtor Loretha  Johnson jermaineh02@msn.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Assoiation lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Assoiation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                                                          Chapter: 13

      Chauncey Johnson and Loretha Johnson

Debtor(s)                                                                                  Case No: 12−17631−amc

_____

# *ORDER*

     AND NOW, it appearing that the debtor(s) must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. §1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. §109(h)(4),

     AND it Further appearing that the debtor(s) must file a certification regarding domestic support obligations and §522(q) see 11 U.S.C. 1328(a),

     AND, Notice was given to the debtor(s) that this case would be closed without the entry of a discharge order unless the Debtor(s), by a date certain, filed the statement regarding completion of a course in personal financial management, and/or the certification regarding domestic support obligations and §522(q),

     AND, the Debtor(s) has/have not filed the required statement and/or certifications,

     AND, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor(s)'; estate,

     IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is ***CLOSED, without the entry of an order of discharge***.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court

12/11/18

115
Form 225