**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Chauncey Johnson and Loretha Johnson    Case No: 12−17631−amc

    Debtor(s)

_____

**NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

 

For The Court

Dated: 12/19/18

Timothy B. McGrath
Clerk of Court