```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                            Case No. 12-17631-amc
Chauncey Johnson                                                  Chapter 13
Loretha Johnson
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Dec 19, 2018
                              Form ID: 206            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db           #+Chauncey Johnson,    1620 Conlyn Street,    Philadelphia, PA 19141-1828
jdb           +Loretha Johnson,    559 San Diego Ave,    Jenkintown, PA 19046-4168
cr             ECMC,    P.O. Box 75906,    St. Paul, MN   55175
12831797      +AES/BONY of NY-Mellon,    P.O. Box 2461,    Harrisburg PA 17105-2461
12831800      +Diversified Adjustment,    600 Coon Rapids Blvd. NW,    Coon Rapids MN 55433-5549
12945123       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul. MN  55116-0408
12831796      +First Premier,    3820 N. Louise Avenue,    Sioux Falls SD 57107-0145
12831801      +Global Credit,    20010 Century Boulevard,    Suite 420,    Germantown MD 20874-1118
12831795      +Philadelphia CO DRS,    34 S. 11th Street,    Room 304,    Philadelphia PA 19107-3623
13126885      +U.S. Bank National Association, Trustee for the Pe,    211 North Front Street,
                Harrisburg, PA 17101-1406,    Attn: ALSV/ Anne
12831803       U.S. Dept. of ED/GSL/SF,    P.O. Box 4222,    Iowa City IA 52244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:19     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:48
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:10     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 20 2018 02:45:05
                American Honda Finance Corporation,    3625 W. Royal Lane, Suite 200,    Irving, TX  75063,
                UNITED STATES
cr             E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:18     City of Philadelphia,
                Law Revenue Departments,    c/o Aaron Shotland, Esquire,    1401 JFK Boulevard,   5th Floor, MSB,
                Philadelphia, PA  19102
12850785       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 20 2018 02:45:05
                AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
                IRVING, TX 75016-8088
12831794       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 20 2018 02:45:05     American Honda Finance,
                P.O. Box 7829,   Philadelphia PA 19101
12964907      +E-mail/Text: g20956@att.com Dec 20 2018 02:45:31     AT&T Mobility II LLC,
                % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A231,
                Bedminster, NJ 07921-2693
12857538       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2018 02:50:35
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
12957969      +E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:18
                City of Philadelphia, Law Department - Tax Unit,    Municipal Services Building,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
12929943       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:48
                Commonwealth of Pennsylvania Department of Revenue,    PO Box 280946,    Bankruptcy Division,
                Harrisburg, PA 17128-0946
12831799      +E-mail/Text: vivian@interstatecredit.net Dec 20 2018 02:45:10     Interstate Cred. Collect,
                21 W. Fornances,    Norristown PA 19401-3300
12831798      +E-mail/Text: collections@datamax.com Dec 20 2018 02:44:39     Interstate Cred. Collect,
                711 Coliseum Plaza Ct.,    Winston Salem NC 27106-5350
12899076       E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 20 2018 02:45:06     Jefferson Capital Systems LLC,
                PO BOX 7999,   SAINT CLOUD MN 56302-9617
12855906      +E-mail/Text: Bankruptcy@nslp.org Dec 20 2018 02:44:59     NATIONAL STUDENT LOAN PROGRAM,
                PO BOX 82507,   LINCOLN, NE 68501-2507
12831802      +E-mail/Text: bankruptcydepartment@tsico.com Dec 20 2018 02:45:34     NCO Financial Service,
                P.O. Box 15636,    Wilmington DE 19850-5636
12831793       E-mail/Text: blegal@phfa.org Dec 20 2018 02:45:01     Pennsylvania Housing Finance Agency,
                P.O. Box 15057,    Harrisburg PA 17105-5057
12866128       E-mail/Text: appebnmailbox@sprint.com Dec 20 2018 02:44:58     Sprint Nextel  Correspondence,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            Educational Credit Management Corp.,    PO Box 16408,    St, Paul, MN  55116-0408
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Dec 19, 2018
                               Form ID: 206                Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              AARON   SHOTLAND    on behalf of Creditor    City of Philadelphia jennifer.quinn@phila.gov
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Assoication
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JERMAINE D. HARRIS    on behalf of Debtor Chauncey  Johnson jermaineh02@msn.com
              JERMAINE D. HARRIS    on behalf of Joint Debtor Loretha  Johnson jermaineh02@msn.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Assoication lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Assoication tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Chauncey Johnson and Loretha Johnson         Case No: 12−17631−amc

    Debtor(s)

_____

## NOTICE OF CHAPTER 13 CASE CLOSED
## WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

 

For The Court

Dated: 12/19/18

Timothy B. McGrath
Clerk of Court

117
Form 206